161 A.3d 790

COMMONWEALTH of Pennsylvania, Respondent

v.

Juan ANDLNO, Petitioner

No. 400 EAL 2016

Supreme Court of Pennsylvania.

November 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**